Rev. 5/2017 Prisoner Complaint

FILED

APR 29 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# United States District Court
## Eastern District of North Carolina
### Western Division

Case No. 5:21-CT-3119

(To be filled out by Clerk's Office only)

Lonnie B. Davis

Inmate Number 14880-057

*(In the space above enter the full name(s) of the plaintiff(s).)*

# COMPLAINT

-against-

(Pro Se Prisoner)

Mr. Bell, L-Unit Mgr.; Mr. Tuttle, BISM Contractor; Mr. Overstreet, BISM Contractor

U.S. Of America (Admin. Tort; TRT-MXR-2020-06660); Warden D. Leu; Mr. Engle, AWP;

Mr. Saeger, M-A unit Counselor; Mr. Neville, M-C unit Counselor;

Mr. Boheiman, Laundry Superviosr; Mr. Besaw, L-Unit Counselor

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 10

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Lonnie Bernard Davis
_____
Name

14880 - 057
_____
Prisoner ID #

FCI Butner 2
_____
Place of Detention

P.O. Box 1500
_____
Institutional Address

Butner                    N.C.          27509
_____        _____    _____
City                       State        Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee    ☐ State    ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Mr. Bell
                Name

                L-Unit Manager
                Current Job Title

                FCZ Butler 2
                Current Work Address

                Butler                N.C.              27509
                City                  State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:    Dr Ley
                Name

                Warden Of FCZ Butner 2
                Current Job Title

                Butner Complex, FCI Butner 2, P.O. Box 1500
                Current Work Address

                Butner                N.C.              27509
                City                  State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: _Mr Tuttle_
Name

_BISM Contractor of Prison Industry (FOI Bruhera)_
Current Job Title

_2100 Harrod St._
Current Work Address

_Brentwood_ _N. C._ _27604_
City State Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

Defendant 4: _Mr Overstreet_
Name

_BISM Contractor of Prison Industry (ECI Author 2)_
Current Job Title

_2100 Harrod St._
Current Work Address

_Brentwood_ _N.C._ _27604_
City State Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

Defendant 5: Mr. Engle

Assistant Warden Of Program
Current Job Title

FCI Butner 2; P.O. Box 1500
Current Work Address

Butner              N.C,              27509
City                State            Zip Code

Capacity In Which Being Sued: ___ Individual ___ Official ✓ Both

Defendant 6: Mr. Saeger

M-A Unit Counselor
Current Job Title

FCI Butner 2; P.O. Box 1500
Current Work Address

Butner              N.C,              27509
City                State            Zip Code

Capacity In Which Being Sued: ___ Individual ___ Official ✓ Both

Defendant 7: Mr. Besaw

L-A Unit Counselor
Current Job Title

FCI Butner 2 ° P.O, Box 1500
Current Work Address

Butner              N.C,              27509
City                State            Zip Code

Capacity In Which Being Sued: ___ Individual ___ Official ✓ Both

Defendant(s) Information Cont...

Defendant 8: Mr. Neville

M-C Unit Counselor
Current Job Title

FCI Butner 2; P.O. Box 1500
Current Work Address

Butner        N.C,      27509
City           State      Zip Code

Capacity In Which Being Sued: ___ Individual ___ Official ✓ Both

Defendant 9: Mr. Boheiman

Laundry Supervisor
Current Job Title

FCI Butner 2; P.O. Box 1500
Current Work Address

Butner        N.C,      27509
City           State      Zip Code

Capacity In Which Being Sued: ___ Individual ___ Official ✓ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _FCI Butner 2 (Butner Complex)_

Date(s) of occurrence: _On around 2020 to present time_

State which of your federal constitutional or federal statutory rights have been violated:

_Plaintiff asserts deliberate indifference of FTCA with negligence. Plaintiff was deprived in_
_the Bivens/1983 with retaliation/ conduct that resulted with either ongoing harassment,_
_retaliation and discrimination that violates 1st, 5th, 8th and 14th federal statutory rights so_

State here briefly the *FACTS* that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

_On April 9, 2020 I alleged "Racial Profiling" through the grievance_
_system concerning Mr. Tuttle and Mr. Overstreet both BISM Contractors_
_at Prison Industry (FCI Butner 2). They had acted in a manner of_

> Who did what to you?

_becoming towards me (exo both had came to my work station while I_
_was clearly viewed sewing at the machine and they're in an accusory_
_manner/tone "Do you have any work" to which baffled me inter-_
_preted as get back to work). Furthermore, Mr. Tuttle on March 10, 2020_
_asserted to me and an inmate co-worker sitting next to me "Kissy Kissy"._
_I felt that was inappropriate also. I went to them (contractors)_
_and asked for their view on my work performance and both assured_
_me they were satisfied and there were NO complaints, but they continued_
_with their disparate treatment towards me. They were coincidently_
_white males repetitively selecting white inmates for other positions_
_that required training for possible promotional position(s). The_
_report of their misconduct adversely effected me with other_
_staff misconduct and mistreatment. FCI Butner 2 prison_
_industry Wnton (LAYEN) due to the COVID-19 pandemic April 1, 2020_
_and work resumed again July 2020 in (PIE), but I was overlooked_

For recall. Prior to the COVID-19 pandemic Cpt. Wright, FCI Butner 2 had implemented a No Provision/No Mask Wearing policy for inmates and on March 17, 2020 at work (PIE) an inmate sitting next to me had a bad cough (Cold/Flu Type Symptoms) and we were sitting at our sewing machines with a FAN blowing right in both our direction. The inmate had recently been isolated because of the above asserted symptoms. I went to Mr. Thomas, (PIE) Foreman and requested the issuance of a mask for the circumstance, but was informed the compound was still not providing masks to inmates. Later that same day during the lunch meal I spoke with Cpt. Wright and inquired about the No Issuance of Mask policy and told him about the incident/circumstance at work and his response was to utilize social distancing (keep in mind these were modified conditions of confinement with No Mask Wearing/Issuance to inmates) On 4/13/20 there was a notice of the wearing of cloth face covering (How To Wear) and also a notice on the wearing of gloves (PPE). Unfortunately, this over a month since the imposition of modified conditions of confinement due to the COVID-19 pandemic which I assert in Admin Tort's TRT-MXR-2020-0666 D. On May 7, 2020 in M-A unit Mr. Boheiman, Laundry Supervisor open my cell trap door to accept my dirty laundry, but instead of performing as he did with the other inmates by gathering their dirty laundry for exchange/washing, he began stating to me "You can't talk You've been talking I can't see what you saying as I pointed my arm out the door toward the floor in front of my cell where I had placed my dirty laundry as the other inmates and asserted "I know you can see my dirty clothes on floor right in front of my cell" Mr. Boheiman stated I can't see just like you can't talk now put your arm

What happened to you?

When did it happen to you?

Where did it happen to you?

FACTS: by (SIS) investigative services Cph Wright that he recommended that remain assign to (PIE), but only a recommendation of housing in M-C unit (other prison industry work unit) and therefore Not housed with the inmate who was placed as I was previously on administrative segregation on 9/22/20. I also attempted to inquire with Mr. Bell, L-Unit Mgrs on 11/30/20 for a response to this informal BP8 whom verbally responded to me," Not Open for Discussion and Further stated Your Not Going Back to Unicor You Shouldn't Have Messed Up in M-Unit". I assert Mr. Bell and Counselor Besaw has conspired along with other U.S. Const. violations with their disparate treatment and violation of my equal protection right that caused adverse consequences by being adversely effected for job program re-assignment for the reason they explain because "THEY SAID" I had to be re-assigned another job since I wasn't housed with the other prison industry workers. First off, I wasn't provided a reason for the unit re-assignment or separation of it unofficially. There are No Separatees with the re-assignment of housing, but only a "THEY SAID", to which was perform by them with No incident report/write-up free while I was in compliance of October 17, 2019 FRP obligation where 50% were monthly deducted from my earnings. I attempted at Warden Level BP9 to address these concerns but have Not received a reply and nor did they (TEAM) reply at BP8 level informally.

## Conclusion

This complaint initiated in the prison industry (PIE) work place and as a result of my use of the grievance system there were intentional conduct that violated either 1st 5th, 8th and 14th amendments of my Federal Statutory Rights.

| What was your injury? |
|---|

back in and I complied. I wrote a grievance of staff misconduct "Racial Profiling" for the harassment and remarks. Mr. Boheiman further harassed me by returning my laundry socking wet and again with an uniform pants removed as co-incidentally all my back pocket pants got riped. On May 28, 2020 in M-A unit Counselor Neville remarked to the unit orderlies as he looked and nodded in my direction "What's That Over There What Does He Want"? As he implied those remarks towards me I overheard the orderlies reply "I don't know what he want"? I waited for him to finish speaking with the other inmates before I approached him asking that he accept and process a BP8, but he refused and shut the unit team area door in my face and walked away. Now, Counselor Neville's remarks towards me were profiled as demeaning as harassment, to which I believe because of my use of the grievance system. I submitted a complaint of this incident twice informally BP8 before I received a reply where I could proceed to the Warden Level BP9, to which I Never receive a response concerning Counselor Neville (Racial Profiling And Harassment) towards me. Furthermore, Counselor Neville have continued with his harassment towards me on around March 31, 2021 during his late night he remarked to me at last meal "You Can Keep On Writing Me Up Because You Most Definitely Ain't The Smartest". I did not comment. Lastly, after being re-housed from M-A to L-A unit in October 2020 I was assigned prison industry (PIE) until around November 20, 2020 when Counselor Besaw, L-A/C-B unit removed my name from participating in the (PIE) program with prison industry. I inquired to him informally on 11/20/20 for an explanation of why did he re-assign my job from (PIE) and he asserted "THEY SAID YOU CAN'T BE ASSIGN TO (PIE) AND NOT BE HOUSED IN M-UNIT. I asked Counselor Besaw who is "THEY", because I was informed

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No

If no, explain why not:

Mr. Boheiman, Laundry Supervisor, Mr. Tuttle, BISM Contractor of prison industry (FCI Butner 2) and Mr. Overstreet, BISM Contractor of prison industry have been completely exhausted (Admin Remedy # 1016345-A2 Tuttle/Overstreet)(Admin. Remedy #1029190-R1 Boheiman)

Is the grievance process completed?  ☐ Yes  ☒ No

If no, explain why not:

Team responded to informally BP8 to Mr. Neville, but did not at Warden level BP9. There were no responses at either BP8 or BP9 levels of the submitment concerning Mr. Bell, Mr. Begaw, Mr. Engle, Mr. D. Lew and Mr. Saeger.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Plaintiff alleges that as a result of defendants conduct he has lost past, future and other employment benefits and suffered embarrassment, humiliation and anguish. Plaintiff seeks punitive, declaratory and compensatory damages with immediate re-instatement to job assignment in (PIE) prison industry with back pay from July 1, 2020 to present time for defendants conduct was outrageous, malicious, intentional and carried out with reckless indifference to his civil rights. Plaintiff's program job re-assignment establishes improper conduct, improper practices of ignoring discrimination and failing to protect those who complained about discrimination. Furthermore, plaintiff seeks supervisory liability for the Warden D. Lew and Mr. Engle, AWP for Respondent Superiors of their failure to intervene the custom of unlawful discrimination on the basis of race and there was retaliation against the inmate who complained about the discrimination. $25,000 ⁰⁰ for the FTCA claim as Plaintiff seeks compensatory, declaratory and punitive with attorneys fees and cost all decided Trial by Jury for Bivens And 1983 Complaints.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes     ☐ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX.  PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_April 23, 2024_
Dated

_____
Plaintiff's Signature

_Lonnie Bernard Davis_
Printed Name

_14880 - 057_
Prison Identification #

_FCI Butner 2; P.O. Box 1500; Butner, NC, 27509_
Prison Address          City          State     Zip Code

CASE NUMBER _____

- CERTIFICATE OF SERVICE -

I, _Lonnie Davis_ petitioner, "pro Se,' do hereby certify, pursuant to Title 28 U.S.C. §§1746, that on this 23rd day of _April_, 20_21_, I placed a true and correct copy of the foregoing _Civil Complain_ _____ in the legal mail system for prisoners located herein at the _FCI Butner 2_ _____, to be forward to the foregoing patry'(s) below:

⇔14880-057⇔
Clerk Usdc-Ednc
PO BOX 25670
Raleigh, NC 27611
United States

Date: _April 23, 2021_        Signature _____

⇔14880-057⇔
Lonnie B Davis
Insitution Butner 2
2 OLD 75 HWY
Federal Correctional
Butner, NC 27509
United States

Dear Clerk:

Enclosed is the above referenced cause for filing please send me a stamped/filed copy in the provided stamped addressed envelope

Respectfully Submitted,